1016

No. 00–5713. ROSALES v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–5759. BYFORD v. NEVADA. Sup. Ct. Nev. Certiorari denied.

No. 00–5844. JACKSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–5982. BRAKEALL v. GURUCHARRI ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 00–5989. BRYANT v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 00–6175. CORNELIUS v. MITCHUM ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6177. CRANDALL v. LOREY, SHERIFF, FULTON COUNTY, NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 00–6185. PHILLIPS v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 00–6186. MCCRARY v. OHIO DEPARTMENT OF HUMAN SERVICES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–6192. NEWMAN v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 00–6193. BRAVO v. FLORIDA DEPARTMENT OF CORRECTIONS ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–6196. JACOBS v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 00–6200. LEVERTON v. CITY OF HOUSTON POLICE DEPARTMENT ET AL. C. A. 5th Cir. Certiorari denied.

No. 00–6205. PARK v. JENKINS ET AL. C. A. 9th Cir. Certiorari denied.